IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANTONIO GRAHAM**,

    Petitioner,

    vs.                                        Civ. No. 06-602 JCH/DJS

**TIMOTHY HATCH, Warden**,

    Respondent.

**ORDER**

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, objections to the proposed findings and recommended disposition having been filed, and the Court having made a *de novo* determination regarding the Magistrate Judge's proposed findings and recommended disposition,

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

                                                        _____
                                                        **HON. JUDITH C. HERRERA**
                                                        **UNITED STATES DISTRICT JUDGE**